

## NUMBER 13-18-00446-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**MICHAEL JUSTIN TIJERINA,**                                                    **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                                                          **APPELLEE.**

---

### On Appeal from the 398th District Court
### of Hidalgo County, Texas.

---

## ORDER OF ABATEMENT

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Order Per Curiam

The Honorable Carlos J. Garza, counsel for appellant, Michael Justin Tijerina, has filed a motion to withdraw as counsel and to appoint new counsel in this cause. According to the motion, counsel was appointed to represent appellant in the trial court and requests another attorney be appointed for purposes of appeal. Because it is

unknown whether appellant is entitled to appointed counsel on appeal, we ABATE and REMAND this cause as follows.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) whether appellant has been denied effective assistance of counsel; and (3) whether appellant is indigent and entitled to court-appointed counsel.

If the trial court determines that appellant does want to continue the appeal and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, email address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Order delivered and filed this the
4th day of September, 2018.

2